IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTIE BREWER**   **PLAINTIFF**

v.   Case No. 3:24-cv-00176 KGB

**AMERICAN BANKERS INSURANCE**
**COMPANY OF FLORIDA**   **DEFENDANT**

## ORDER

Before the Court is the parties' joint report pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.1 in which the parties jointly request a continuance of the trial date set for the week of October 14, 2025, and other pretrial dates in the Court's Initial Scheduling Order, to accommodate a settlement conference that will not occur until the month of April 2025 (Dkt. No. 10, ¶¶ 9-12). For good cause shown, the Court grants the parties' joint request to continue the trial date and other pretrial deadlines. The Court will enter a new Scheduling Order setting a new trial date in February 2026 and new pretrial deadlines as requested by the parties.

So ordered this the 22nd day of January, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge