IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MISTIE BREWER**  **PLAINTIFF**

v.  Case No. 3:24-cv-00176 KGB

**AMERICAN BANKERS INSURANCE**
**COMPANY OF FLORIDA**  **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for dismissal with prejudice (Dkt. No. 19). The joint motion for dismissal accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the joint motion for dismissal. The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

So ordered this the 8th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge